# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| TAMARA A. BODDIE, | : | |
| | | Case No. 3:06CV178 |
| Plaintiff, | : | |
| | | District Judge Thomas M. Rose |
| -vs- | : | Magistrate Judge Sharon L. Ovington |
| | | |
| KEYBANK NATIONAL ASSOCIATION, et al. | : | |
| | : | |
| Defendants. | | |

## ORDER OF DISMISSAL: TERMINATION ENTRY

The Court having been advised by counsel for the parties that the above matter has been settled, IT IS ORDERED that this action is hereby DISMISSED, with prejudice as to the parties, provided that any of the parties may, upon good cause shown within 60 days, reopen the action if settlement is not consummated.

Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America,* 114 S.Ct. 1673 (1994), and incorporate appropriate language in any substituted judgment entry.

The Court will retain jurisdiction to enforce the terms of the settlement between the parties, if necessary.

IT IS SO ORDERED.

July 24 , 2007                                          **s/THOMAS M. ROSE**

                                                    _____
                                                    Thomas M. Rose
                                                    United States District Judge